UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

01-3560

| | | |
|---|---|---|
| **MICHAEL ELMORE** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: |
| | ) | |
| **NORMAN MINETA,** | ) | |
| Secretary, | ) | CIV - GOLD |
| U.S. Department of Transportation, | ) | |
| Agency. | ) | |
| | ) | |
| Defendant. | ) | MAGISTRATE JUDGE SIMONTON |
| | ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, MICHAEL ELMORE, (hereinafter "Elmore") submits this Complaint against the Defendant, NORMAN MINETA, Secretary, Department of Transportation (hereinafter "Agency") and shows this Court the following:

## NATURE OF ACTION

1. This is an action for damages that exceeds $15,000.00.

2. The claims asserted in this complaint arose in this district. Plaintiff is a citizen of the United States, and was a resident of Dade County, State of Florida, during the course of his employment with defendant.

3. Defendant is a governmental Agency of the United States and is subject to the jurisdiction of this Court.

**PARTIES**

4. Plaintiff ELMORE is a resident of Dade County, Florida, residing at 621 Navarre Avenue, Coral Gables, Florida, 33134.

5. Defendant FAA is and was at all times material hereto a governmental Agency under The United States Department of Transportation.

**GENERAL ALLEGATIONS**

6. From approximately October 1989 to the present, ELMORE was employed as an Air Traffic Control Specialist with the FAA at the Miami Air Traffic Control Tower located at 6301 NW 20th Street, Miami Florida, 33159.

7. On or around June 1, 1997, ELMORE accepted a Supervisor "detail" at the Tamiami Air Traffic Control Tower.

8. As part of the "detail" assignment, the FAA, through an Air Traffic Manager (ATM) entered into an agreement promising ELMORE that he could return to his previously held 2152 position at Miami Tower, at his request.

9. On or around November 1, 1997, ELMORE was made a permanent employee at the Tamiami tower contrary to the terms of the agreement between the Agency and ELMORE.

10. On or around May 1, 1998, the ATM was reassigned and left Miami Tower.

11. On August 25, 1998, ELMORE contacted the new Miami ATM, William Kribble, and requested re-promotion to a GS-2152/14 position at Miami Tower in accordance with 3330.1.

12. ELMORE's request of August 25, 1998 was denied due to staffing requirements at both Tamiami and Miami.

13. On or around October 1, 1998, ELMORE was incorrectly converted as a MSS-2, Level 6 (TMB) without proper consideration as a save pay/save grade FG-2152-14 employee.

14. ELMORE's request to return to Miami Tower was approved on June 20, 1999.

15. ELMORE was then converted to the bottom of the MSS-1, Level 12 (MIA) pay band as a result of his return to Miami Tower.

16. ELMORE has sought relief from Mr. Kribble, Miami's ATM; Mr. Juan Fuentes, Miami's Assistant ATM; and the Southern Region HRM Division and Payroll Division, to no avail.

17. On February 11, 2000, Juan Fuentes informed ELMORE that he could not rectify the situation.

18. On March 13, 2000, Mr. Kribble advised ELMORE that he had exhausted all efforts to effect a payroll change for ELMORE.

19. The result of these two career progression actions is a loss of pay in excess of $11,000 per year.

**COUNT ONE – BREACH OF CONTRACT**

20. The Agency breached its promise to return ELMORE to the Miami Air Traffic Control Tower without a loss or constructive loss in pay grade.

21. The Agency is estopped to deny that the validity of its promise to return ELMORE to the Miami Air Traffic Control Tower.

22. Had ELMORE not committed to the Agency's urgent need at Tamiami and stayed at Miami Tower, he would have not suffered this loss of real income for himself and his family.

23. Had the Agency observed its promise to ELMORE, he would have not suffered this loss of real income for himself and his family.

**PRAYER FOR RELIEF**

24. That the Court declare the Agency's conduct complained of herein to be in breach of contract.

25. That the Court declare the Agency's conduct complained of herein to be in violation of ELMORE'S rights as a government employee and estopp the Agency from denying the validity of the agreement between ELMORE and the Agency.

26. That the Court enforce the agreement between the parties or, in the alternative, compensate ELMORE for the damages suffered as a result of the Agency's breach in the form of compensatory, special, and, if applicable, punitive damages.

27. That the Court award ELMORE attorney's fees and costs incurred in prosecuting this action.

28. That the Court award ELMORE such additional and further relief as it deems just and proper.

**JURY TRIAL DEMANDED**

ELMORE demands a jury trial on all issues raised by the Complaint.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by facsimile and regular mail to Norman Mineta, DOT Secretary, Office of the Secretary of Transportation, 400 Seventh Street, S.W. Washington, DC, 20590 on this 16th day of August 2001.

Respectfully submitted
JOHN L. WRIGHT
Attorney for Plaintiff Michael Elmore
Ft. Lauderdale Jet Center
1100 Lee Wagener Blvd.
Suite 205
Ft. Lauderdale, Florida 33315
Telephone: (954) 359-3172
Facsimile: (954) 359-3213

By: ______________________
John L. Wright
Florida Bar No. 192236

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

MICHAEL ELMORE

**DEFENDANTS**

NORMAN MINETA
US Govt

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Dade/Broward
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

CAT. A 1:01CV3560 GOLD/ASG

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
John L. Wright
Willis & Associates, PA
1100 Lee Wagener Blvd
Ste. 205
Ft. Lauderdale, FL 33315

ATTORNEYS (IF KNOWN)

**01-3560 CIV-GOLD**
MAGISTRATE JUDGE
SIMONTON

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☑ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☑ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

**A CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- B☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**A TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury Med. Malpractice
- ☐ 365 Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- B☐ 610 Agriculture
- B☐ 620 Other Food & Drug
- B☐ 625 Drug Related Seizure of Property 21 USC 881
- B☐ 630 Liquor Laws
- B☐ 640 R.R. & Truck
- B☐ 650 Airline Regs
- B☐ 660 Occupational Safety/Health
- B☐ 690 Other

**A BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**A PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**A OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- B☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions
- A OR B

**A REAL PROPERTY**
- ☐ 210 Land Condemnation
- B☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**A CIVIL RIGHTS**
- ☐ 441 Voting
- ☑ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- B☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- B☐ 530 General
- A☐ 535 Death Penalty
- B☐ 540 Mandamus & Other
- B☐ 550 Civil Rights
- B☐ 555 Prison Condition

**A LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- A☐ 791 Empl. Ret. Inc. Security Act

**B SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- A☐ 870 Taxes (U.S. Plaintiff or Defendant)
- A☐ 871 IRS - Third Party 26 USC 7609

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Title VII US code

LENGTH OF TRIAL
via___ days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions) JUDGE ______ DOCKET NUMBER ______

DATE 8/17/01

SIGNATURE OF ATTORNEY OF RECORD John Wright

**FOR OFFICE USE ONLY**

RECEIPT # 523147 AMOUNT 150.00 APPLYING IFP ______ JUDGE ______ MAG. JUDGE ______